176 So.2d 143

**STATE of Louisiana**

v.

**Edward A. HERTY III.**

No. 47824.

June 16, 1965.

In re: Edward A. Herty, Jr., applying for writs of certiorari, prohibition, mandamus and habeas corpus.

Writs refused. The ruling complained of is correct. See R.S. 13:1569, R.S. 13:1570 (Subsection A /5/) and R.S. 13:1572. See also Section 96 of Art. VII of the Constitution.

176 So.2d 143

**Saul MONTGOMERY, individually and in his capacity as administrator of the estate of his unemancipated minor child, Randolph Montgomery,**

v.

**Francis T. CANTELLI and Indemnity Insurance Company of North America.**

No. 47803.

June 28, 1965.

In re: Saul Montgomery applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 174 So.2d 238.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment of the Court of Appeal.